WISCONSIN ELECTRIC POWER COMPANY, Appellant, vs. CITY OF MILWAUKEE, Respondent.*

*January 5—February 3, 1953.*

* Motion for rehearing denied, with $25 costs, on March 31, 1953.

PER CURIAM. Mr. Justice FAIRCHILD having taken no part in the decision upon this appeal, and the other members of the court being equally divided on the question whether the order sustaining the demurrer should be affirmed or reversed, Mr. Chief Justice FRITZ, Mr. Justice BROWN, and Mr. Justice CURRIE being of the opinion that the order should be reversed upon the ground that under the rule of *Mullane v. Central Hanover B. & T. Co.* 339 U. S. 306, 70 Sup. Ct. 652, 94 L. Ed. 865, the notices of hearing given by publication only as required by the provisions of the charter of the city of Milwaukee were inadequate to comply with the requirements of due process, and Mr. Justice MARTIN, Mr. Justice BROADFOOT, and Mr. Justice GEHL being of the opposite view and that the order should be affirmed, the order is affirmed under the rule.

Order affirmed.